# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM MATTHEW HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 7:16-CV-01507-LSC |
| | ) | |
| CITY OF TUSCALOOSA, | ) | |
| | ) | |
| Defendant. | ) | |

## Motion For Summary Judgment by Defendant, City of Tuscaloosa

Comes now the Defendant and moves the Court to enter a summary judgment in its favor with regard to each of the Plaintiff's remaining claims on the grounds discussed in the Defendant's Memorandum filed contemporaneously herewith.

/s/ James P. Woodson
James P. Woodson
Attorney Code: WOO043
Office of the City Attorney
P. O. Box 2089
Tuscaloosa, AL 35403
Telephone: (205) 349-5140
Attorney for Defendant City of Tuscaloosa

/s/ Christopher L. McIlwain
Christopher L. McIlwain, Sr.
Attorney Code: MCI002
Hubbard, McIlwain & Brakefield, PC
808 Lurleen Wallace Blvd North
Tuscaloosa, Al 35403
Telephone: 205-345-6789
Attorney for Defendant City of Tuscaloosa

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties, and I hereby certify that, to the best of my knowledge and belief, there are no non-CM/ECF participants to whom the foregoing is due to be mailed by way of the United States Postal Service.

Done this 2nd day of July, 2018.

/s/ Christopher L. McIlwain
Christopher L. McIlwain, Sr.