

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM MATTHEW HICKS, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>CITY OF TUSCALOOSA (TUSCALOOSA )<br>POLICE DEPARTMENT), )<br>)<br>**Defendants** ) | CIVIL ACTION NO.<br>CV-2016-CO-1507-W |

## NOTICE OF CONVENTIONAL FILING

COMES NOW, the Plaintiff, William Mathew Hicks, by and through his counsel of record and provides the parties and this Honorable Court notice that he has filed the following exhibits by hand at the court house this the 30th day of July, 2018:

| | |
|---|---|
| PX-4 | Audio of Stephanie Hicks and Captain Robertson |
| PX-72 | Audio of 2nd Informal Counseling on December 30, 2015 |
| PX-96 | Audio of Officer Kline |
| PX-97 | Audio of Informal Counseling on December 16, 2015 |
| PX-98 | Audio of being called back to fill out resignation paperwork |
| PX-99 | Audio of being called back and placed on administrative leave |

Respectfully Submitted,

*s/Patricia A. Gill*
Patricia A. Gill (ASB-0780-I66P)
Attorney for the Plaintiff
PATRICIA A. GILL, P.C.
PO Box 55304
Birmingham, AL 35255
Telephone: (205) 307-9555
Facsimile: (205) 930-9809
Email: patriciagill@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th Day of July, 2018, the undersigned served a copy of the forgoing on all counsel of record by filing via CM-ECF efile system and/or placing a copy of the same in the U.S. Mail, postage pre-paid and properly addressed as follows:

Chris McIlwain
HUBBARD, MCILWEIN & BRAKEFIELD
PO Box 2427
Tuscaloosa, AL 35403

James Woodson
PO Box f2089
Tuscaloosa, AL 35403

*s/Patricia A. Gill*
OF COUNSEL