FILED
2018 Aug-07 AM 11:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **WILLIAM MATTHEW HICKS**   ) | |
| ) | |
| **Plaintiff,**   ) | |
| ) | |
| **v.**   ) | **Case No. 7:16-CV-01507-LSC** |
| ) | |
| **CITY OF TUSCALOOSA**   ) | |
| ) | |
| **Defendant.**   ) | |

### MOTION FOR ENLARGEMENT OF TIME TO FILE THE REPLY BRIEF OF SEVEN DAYS TO AUGUST 17, 2018 AND MOTION TO EXTEND THE PAGE LIMIT TO 25 PAGES

COMES NOW, the Defendant, City of Tuscaloosa and submits the following Motion for Enlargement of Time and Relief to File Excess Pages and as grounds therefore states as follows:

1. Plaintiff filed on July 18, 2018 a Motion for Enlargement of Time of 7 Days to file its Brief In Opposition To Summary Judgment and for 15 additional pages. Defendant was unopposed to this motion conditioned upon the granting of similar extension on time and pages for its reply brief with this condition set out in plaintiff's motion. The Court granted Plaintiff's motion on July 20, 2018.

2. The additional time of 7 days and 15 additional pages is now needed to gather additional exhibits needed in the response as well as to thoroughly respond to the twice extended 48-page Brief of Plaintiff in Opposition to Summary Judgment.

2. Opposing counsel by virtue of its Motion of 7-20-18 is not opposed to the Defendant receiving the same extensions of time and pages for its reply brief as was

granted to Plaintiff for its brief in opposition to summary judgment.

                          Respectfully Submitted:

                          BY: */s/James P. Woodson, III*
                          James P. Woodson III (WOO-043)

OF COUNSEL:
Office of the City Attorney
Post Office Box 2089
Tuscaloosa, Alabama   35403-2089
(205) 248-5140
Attorney for Defendant City of Tuscaloosa

                          *s/ Christophe L. McIlwain, Sr.*
                          Christopher L. McIlwain, SR. (MCI-002)

OF COUNSEL:
Hubbard, McIlwain & Brakefield, P.C.
P.O. Box 2427
Tuscaloosa, Alabama   35403-2427
Telephone: (205) 345-6789
Attorney for Defendant City of Tuscaloosa

## CERTIFICATE OF SERVICE

     I hereby certify that on August 7, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties, and I hereby certify that, to the best of my knowledge and belief, there are no non-CM/ECF participants to whom the foregoing is due to be mailed by way of the United States Postal Service.

                          *s/ James P. Woodson III*
                          James P. Woodson, III

16-0291